■ GLOBE OFFICE SUPPLY Co., INC., Appellant, v EXCELSIOR MERCHANDISE, LTD., Respondent.—In an action to recover a sum of money allegedly owing under a lease, the plaintiff appeals from an order of the Supreme Court, Kings County (Held, J.), dated March 23, 1988, which denied its motion to vacate a judgment of the same court, dated November 5, 1987, entered upon its default in failing to oppose the respondent's motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

The plaintiff, in moving to have its default vacated, failed to show that it had a meritorious cause of action, as well as an acceptable excuse for its default *(Monroe v Crabtree Ford,* 137 AD2d 747). Accordingly, the court properly denied the plaintiff's motion to vacate the judgment entered upon its default. Lawrence, J. P., Kunzeman, Eiber and Harwood, JJ., concur.